**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Todd Becerra

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> TODD BECERRA ) <br> ) <br> Defendant ) <br> ) | No. 2:12-cr-00198-MCE-9 <br><br> STIPULATION AND ORDER CONTINUING SENTENCING AND BRIEFING SCHECULE |

It is hereby stipulated between the parties that Sentencing in this matter shall be continued to December 11, 2014, at 9:00 AM. The Draft PSR shall be disclosed on or before October 30, 2014. Written objections shall be due on November 13, 2014. The PSR shall be due by November 20, 2014.  Motion for corrections shall be due November 26, 2014. Reply shall be due by December 4, 2014.

///

///

///

-1-

This extension of time is necessitated by the parties in order for defendant to do the necessary investigation and to accommodate various scheduling conflicts.

Dated: August 29, 2014          Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

DATED: August 29, 2014          /s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant Becerra

DATED: August 29, 2014          /s/MICHAEL ANDERSON
Michael Anderson
Assistant United States Attorney

**ORDER**

Pursuant to the above stipulation (ECF No. 480) the sentencing hearing for Defendant Michael B. Bigelow is CONTINUED to December 11, 2014. The Court adopts the agreed to briefing schedule set forth above.

IT IS SO ORDERED.

Dated:  September 2, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT